**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**ELECTRONICALLY FILED**
Superior Court of California,
County of Orange
**10/16/2015** at 09:48:42 PM
Clerk of the Superior Court
By Lateasha M Johnson,Deputy Clerk

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

NATIONSTAR MORTGAGE, LLC; AURORA BANK, FSB, f/k/a
LEHMAN BROTHERS BANK, FSB; and CAPITAL ONE, N.A.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

MARTIN COLCLOUGH, and ANNETTE COLCLOUGH

---

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

---

| The name and address of the court is: *(El nombre y dirección de la corte es):* CENTRAL JUSTICE CENTER | **CASE NUMBER:** *(Número del Caso):* |
|---|---|
| 700 Civic Center Drive West<br>Santa Ana, CA 92701 | 30-2015-00815377-CU-OR-CJC |

Judge Kirk Nakamura

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Andrew M. Weitz  6345 Balboa Blvd, Bdlg 1, Ste 214, Encino, CA 91316  (818) 928-7008

DATE:
*(Fecha)* 10/16/2015    ALAN CARLSON, Clerk of the Court    Clerk, by *Lateasha Johnson* , Deputy
    *(Secretario)*    Lateasha M Johnson    *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☑ on behalf of *(specify):* NATIONSTAR MORTGAGE, LLC

under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
☑ other *(specify):* Limited Liability Corporation

4. ☐ by personal delivery on *(date):*

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Page 1 of 1

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

EXHIBIT 1

7

SUM-200(A)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| COLCLOUGH vs. NATIONSTAR | |

## INSTRUCTIONS FOR USE

→ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.

→ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

List additional parties *(Check only one box. Use a separate page for each type of party.)*:

☐ Plaintiff    ☑ Defendant    ☐ Cross-Complainant    ☐ Cross-Defendant

AURORA BANK, FSB, f/k/a LEHMAN BROTHERS BANK, FSB
CAPITAL ONE, N.A.

Page  2  of  2

Page 1 of 1

**ADDITIONAL PARTIES ATTACHMENT**
**Attachment to Summons**

EXHIBIT 1
8

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Andrew M. Weitz (SBN 129962)<br>Law Office of Andrew M. Weitz<br>6345 Balboa Blvd., Bldg. 1, Ste. 214<br>Encino, CA 91316<br>TELEPHONE NO.: (818) 928-7008    FAX NO.: (818) 654-6822<br>ATTORNEY FOR (Name): Martin Colclough and Annette Colclough | **ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of Orange<br>**10/16/2015** at 09:46:42 PM<br>Clerk of the Superior Court<br>By Lateasha M Johnson, Deputy Clerk |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Orange |
|---|
| STREET ADDRESS: 700 Civic Center Drive West |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: Santa Ana, 92701 |
| BRANCH NAME: CENTRAL JUSTICE CENTER |

| CASE NAME: |
|---|
| COLCLOUGH vs. NATIONSTAR |

| CIVIL CASE COVER SHEET | | Complex Case Designation | CASE NUMBER: |
|---|---|---|---|
| ✓ **Unlimited** (Amount demanded exceeds $25,000) | **Limited** (Amount demanded is $25,000 or less) | ☐ **Counter**  ☐ **Joinder**<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | 30-2015-00815377-CU-OR-CJC<br>JUDGE: Judge Kirk Nakamura<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
- ☐ Auto (22)
- ☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- ☐ Asbestos (04)
- ☐ Product liability (24)
- ☐ Medical malpractice (45)
- ☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- ☐ Business tort/unfair business practice (07)
- ☐ Civil rights (08)
- ☐ Defamation (13)
- ☐ Fraud (16)
- ☐ Intellectual property (19)
- ☐ Professional negligence (25)
- ☐ Other non-PI/PD/WD tort (35)

**Employment**
- ☐ Wrongful termination (36)
- ☐ Other employment (15)

**Contract**
- ☐ Breach of contract/warranty (06)
- ☐ Rule 3.740 collections (09)
- ☐ Other collections (09)
- ☐ Insurance coverage (18)
- ☐ Other contract (37)

**Real Property**
- ☐ Eminent domain/Inverse condemnation (14)
- ☐ Wrongful eviction (33)
- ✓ Other real property (26)

**Unlawful Detainer**
- ☐ Commercial (31)
- ☐ Residential (32)
- ☐ Drugs (38)

**Judicial Review**
- ☐ Asset forfeiture (05)
- ☐ Petition re: arbitration award (11)
- ☐ Writ of mandate (02)
- ☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- ☐ Antitrust/Trade regulation (03)
- ☐ Construction defect (10)
- ☐ Mass tort (40)
- ☐ Securities litigation (28)
- ☐ Environmental/Toxic tort (30)
- ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- ☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- ☐ RICO (27)
- ☐ Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
- ☐ Partnership and corporate governance (21)
- ☐ Other petition (not specified above) (43)

2. This case ☐ is  ✓ is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   - a. ☐ Large number of separately represented parties
   - b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   - c. ☐ Substantial amount of documentary evidence
   - d. ☐ Large number of witnesses
   - e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   - f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. ✓ monetary  b. ✓ nonmonetary; declaratory or injunctive relief  c. ☐ punitive
4. Number of causes of action (specify): SIX (6)
5. This case ☐ is  ✓ is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: 10/16/2015

Andrew M. Weitz
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on **all** other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>*www.courtinfo.ca.gov* |
|---|---|---|

EXHIBIT 1<br>9

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property
    Damage/Wrongful Death
Uninsured Motorist (46) *(if the
    case involves an uninsured
    motorist claim subject to
    arbitration, check this item
    instead of Auto)*

**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/
        Wrongful Death
Product Liability *(not asbestos or
    toxic/environmental)* (24)
Medical Malpractice (45)
    Medical Malpractice–
        Physicians & Surgeons
    Other Professional Health Care
        Malpractice
Other PI/PD/WD (23)
    Premises Liability (e.g., slip
        and fall)
    Intentional Bodily Injury/PD/WD
        (e.g., assault, vandalism)
    Intentional Infliction of
        Emotional Distress
    Negligent Infliction of
        Emotional Distress
    Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
    Practice (07)
Civil Rights (e.g., discrimination,
    false arrest) *(not civil
    harassment)* (08)
Defamation (e.g., slander, libel)
    (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice
        *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)
**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
    Breach of Rental/Lease
        Contract *(not unlawful detainer
            or wrongful eviction)*
    Contract/Warranty Breach–Seller
        Plaintiff *(not fraud or negligence)*
    Negligent Breach of Contract/
        Warranty
    Other Breach of Contract/Warranty
Collections (e.g., money owed, open
    book accounts) (09)
    Collection Case–Seller Plaintiff
    Other Promissory Note/Collections
        Case
Insurance Coverage *(not provisionally
    complex)* (18)
    Auto Subrogation
    Other Coverage
Other Contract (37)
    Contractual Fraud
    Other Contract Dispute
**Real Property**
Eminent Domain/Inverse
    Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property *(not eminent
        domain, landlord/tenant, or
        foreclosure)*
**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal
    drugs, check this item; otherwise,
    report as Commercial or Residential)*
**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court
        Case Matter
    Writ–Other Limited Court Case
        Review
Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor
        Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
    *(arising from provisionally complex
        case type listed above)* (41)
**Enforcement of Judgment**
Enforcement of Judgment (20)
    Abstract of Judgment (Out of
        County)
    Confession of Judgment *(non-
        domestic relations)*
    Sister State Judgment
    Administrative Agency Award
        *(not unpaid taxes)*
    Petition/Certification of Entry of
        Judgment on Unpaid Taxes
    Other Enforcement of Judgment
        Case
**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified
    above)* (42)
    Declaratory Relief Only
    Injunctive Relief Only *(non-
        harassment)*
    Mechanics Lien
    Other Commercial Complaint
        Case *(non-tort/non-complex)*
    Other Civil Complaint
        *(non-tort/non-complex)*
**Miscellaneous Civil Petition**
Partnership and Corporate
    Governance (21)
Other Petition *(not specified
    above)* (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult
        Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief From Late
        Claim
    Other Civil Petition

EXHIBIT 1
10

Andrew M. Weitz (SBN 129962)
Law Offices of Andrew M. Weitz
6345 Balboa Blvd., Bldg. 1, Ste. 214
Encino, CA 91316

(818)928-7008 P / (818)654-6822 F
andrew@andrewweitzlaw.com

Attorney for Plaintiffs Martin Colclough and Annette Colclough

**ELECTRONICALLY FILED**
Superior Court of California,
County of Orange

**10/16/2015** at 09:46:42 PM

Clerk of the Superior Court
By Lateasha M Johnson, Deputy Clerk

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## ORANGE COUNTY

MARTIN COLCLOUGH, and ANNETTE COLCLOUGH )

                    Plaintiffs,

         vs.

NATIONSTAR MORTGAGE, LLC;  AURORA BANK,

FSB, f/k/a LEHMAN BROTHERS BANK, FSB; and

CAPITAL ONE, N.A.,

                Defendants,

Case No.: 30-2015-00815377-CU-OR-CJC

) **COMPLAINT FOR DAMAGES**

)

) Judge Kirk Nakamura

)

)

)

)

Plaintiffs MARTIN COLCLOUGH, and ANNETTE COLCLOUGH hereby complain and allege as follows:

### PARTIES

1. Plaintiffs MARTIN COLCLOUGH, and ANNETTE COLCLOUGH are individuals, US citizens and residents of California.

2. NATIONSTAR MORTGAGE, LLC, is a Delaware corporation and is headquartered in Texas. It is the servicer for the mortgage on the real property commonly known as
25412 OAK LEAF ROAD, LAGUNA HILLS, CA 92653.

3. NATIONSTAR MORTGAGE, LLC, acquired servicing rights from AURORA BANK, FSB, f/k/a LEHMAN BROTHERS, FSB.

4. CAPITAL ONE, N.A. successor in interest upon merger with ING BANK, FSB, as the current Beneficiary.

– 1 –

## COMPLAINT FOR DAMAGES

EXHIBIT 1
11

5. Plaintiffs are ignorant of the true names and capacities of the Defendants sued herein as DOES 1-50, inclusive, and therefore allege and sue the Defendants by such fictitious names. Plaintiffs will amend this Complaint to allege their true names and capacities when ascertained. Plaintiffs are informed and believe and thereon allege that each fictitiously named Defendant are indebted to Plaintiffs as hereinafter alleged, and that Plaintiffs' rights against each such fictitiously named Defendant arise from such indebtedness.

6. At all times herein mentioned, each Defendant was the agent and employee of each other Defendant and was acting in the course of such agency and employment in doing the things complained of herein.

7. At all times mentioned herein, Defendants have controlled, directed, formulated, known and/or approved of, and/or agreed to the various acts and practices of each of the Defendants.

8. At all times mentioned herein, each of the Defendants knew that the other Defendants were engaging in or planned to engage in the violation of law alleged in this complaint. Knowing that other Defendants were engaging in such unlawful conduct, each of the Defendants nevertheless facilitated the commission of those unlawful acts. Each of the Defendants intended to and did encourage, facilitate, or assist in the commission of the unlawful acts alleged in this Complaint, and thereby aided and abetted the other Defendants in the unlawful conduct.

9. Defendants had a plan to push plaintiffs hard on the loan as they dramatically and falsely inflated their income on the loan application that resulted in a loan Defendants knew that Plaintiffs cloud not afford.

10. Defendants have engaged in a conspiracy, common enterprise, and common course of conduct, the purpose of which is and was to engage in the violations of law alleged in this Complaint. The conspiracy, common enterprise and common course of conduct continue to the present.

**COMMON ALLEGATIONS**

**I.   The Intent and Purpose of the Davis-Sterling Common Interest Development Act**

11. The purpose of the Federal Truth and Lending Act ("TILA") is to protect consumers: "The purpose of this regulation is to promote the informed use of consumer credit by requiring

- 2 -

**COMPLAINT FOR DAMAGES**

EXHIBIT 1
12

disclosures about its terms and costs. The regulation also gives consumers the right to cancel certain credit transactions that involve a lien on a consumer's principal dwelling." 12 C.F.R. § 226.1. Providing information to the borrower requires and places a legal obligation on the creditor to fully explain the nature, cost and effect of credit terms including definitions, which would otherwise result in undisclosed credit terms.

12. The Federal Reserve Board of Governors implements TILA through Regulation Z, C.F.R. § 226, and its Official Staff Commentary. Compliance by lenders with Regulation Z became mandatory October 1, 1982. Likewise, Official Staff Commentary issued by the Federal Reserve Board is binding on all lenders.

13. Regulation Z also mandates very specific disclosure requirements regarding home loans which lenders, including HLS and FIRST, must comply. By complying with the disclosure requirements, both oral and written, a consumer then is able to "more readily compare credit terms" with other institutions. Regulation Z, 12 C.F.R. § 226.2 (13). The consumer then has the freedom and choice to choose whether or not what has been explained is appropriate for their needs. A creditor who conceals or misrepresents a term or fails to explain the impact, whether at the outset or during the course of the loan, whether paid outside closing, at closing or during closing, violates the Federal Law and is subject to civil liability. 15 U.S.C. § 1640(a).

14. Under TILA, there are five material disclosures which must be provided: 1) the Annual Percentage Rate ("APR"), including variable-rate disclosures; 2) the finance charge; 3) the amount financed; 4) the total of payments; and 5) the payment schedule. Taking certain tolerances into account, a misstatement of any one of these five disclosures constitutes a material nondisclosure. Material nondisclosure provides the wronged borrower with a right to rescind the agreement.

15. The disclosures listed above cannot be deceptive or fraudulent.

## II. Summary of defendant's wrongful conduct

16. On April 28, 2005, LEHMAN BROTHERS BANK, FSB and Plaintiffs reached an agreement on a 1st mortgage loan on Plaintiffs' home.

17. Despite the clear and accurate information regarding Plaintiffs' income given to

- 3 -

**COMPLAINT FOR DAMAGES**

EXHIBIT 1
13

LEHMAN BROTHERS BANK, FSB, defendant knowingly pushed plaintiff into a loan it knew plaintiff could not afford.

18. Defendants aggressively coerced Plaintiffs' into this loan even though Defendants knew Plaintiffs couldn't come close to affording it.

19. As such, LEHMAN BROTHERS BANK, FSB did little, if anything for the best interest of the client and instead was focusing on ways to line its pockets further with commissions, fees and making more money on the back end when the loan is sold to investors.

**FIRST CAUSE OF ACTION**

**Violation of Bus. & Prof. Code § 17200, et seq. - Unlawful Business Practices (TILA);**

**Against all DEFENDANTS)**

20. Plaintiffs re-allege and incorporate herein paragraphs 1 through 18 by this reference as if fully set forth and made a part hereof.

21. Plaintiffs are informed and believe that the unlawful acts and practices of Defendants, including, but not limited to, intentionally overstating Plaintiffs' income on the loan application, constitute unlawful business acts and/or practices within the meaning of California *Business & Professions* Code § 17200, Et Seq. ("*B&P*").

22. Plaintiffs allege that by engaging in the above-described acts and practices, Defendants have committed one or more acts of unfair competition within the meaning of *b&p* § 17200 et seq.

23. Plaintiffs allege that Defendants' unlawful business acts and/or practices as alleged herein have violated numerous laws and/or regulations and said predicate acts are therefore per se violations of *B&P* § 17200 et seq. These predicate unlawful business acts and/or practices include defendant's failure to comply with the disclosure requirements mandated by TILA, 15 U.S.C. § 1601, et seq., Regulation Z and Official Staff Commentary issued by the Federal Reserve Board. As described in more detail above, defendant also failed in a number of ways to clearly and accurately disclose the terms of the ARM loan to plaintiffs as required under TILA.

24. Plaintiff is informed and believes that Defendants have been engaged in, and continues to

- 4 -

**COMPLAINT FOR DAMAGES**

EXHIBIT 1
14

engage in, numerous acts and/or a pattern and practice of unfair competition within the State of California in violation of Business and Professions Code § 17200 et seq., which proscribes deceptive business practices. These unfair business practices include, but are not limited to, the following:

a. misstating Plaintiffs' income on the loan application resulting in approval and putting Plaintiffs in a loan that defendant knew plaintiffs could not afford.

b. Imprudent Underwriting

c. Self-dealing at the expense of borrowers;

d. Failing to provide notices and disclosures required by TILA;

e. Violating TILA in failing to rescind the contract after a valid rescission claim has been made;

f. Violating state lending laws as set forth by California Civil Code § 1812.30; 1916.7; 1920; 2955.5 and California Financial Code §4052; 4973; 50204.

g. Intentionally misstating plaintiffs' income for the sole purpose of getting the loan approved.

25. Defendants' misconduct, as alleged herein, gave defendants an unfair competitive advantage over their competitors.

26. As a direct and proximate result of the aforementioned acts, defendants received monies and continue to hold monies expended by Plaintiffs as the lender.

27. Plaintiffs allege that the unlawful acts and practices, as fully described herein, present a continuing threat to members of the public to be misled and/or deceived by defendants as described herein. Plaintiffs have no other remedy at law that will prevent defendants' misconduct, as alleged herein, from occurring and/or recurring in the future.

28. Plaintiffs allege that as a direct and proximate result of Defendants' unlawful conduct alleged herein, Plaintiffs have lost thousands of dollars of equity in their home. Plaintiffs are direct victims of the Defendants' unlawful conduct, as herein alleged, and have suffered injury in fact, and have lost money as a result of Defendants' unfair competition.

29. Plaintiffs allege that they are entitled to equitable relief, including restitution, restitutionary disgorgement of all profits accruing to Defendants because of their unlawful and deceptive acts and practices, attorney fees and costs, declaratory relief and a

**COMPLAINT FOR DAMAGES**

EXHIBIT 1
15

permanent injunction enjoining defendants from their unlawful activity.

## SECOND CAUSE OF ACTION

**(For Violation of the Truth in Lending Act, 15 U.S.C. § 1601, Et Seq.; Against all DEFENDANTS)**

30. Plaintiffs re-allege and incorporate herein paragraphs 1 through 32 by this reference as if fully set forth and made a part hereof.

31. Plaintiffs are informed and believe, and thereon allege, that Defendents violated the Federal Truth in Lending Act ("TILA"), 15 U.S.C. § 1601 et seq., by providing disclosures that failed to comply with TILA requirements and/or failing to provide required disclosures.

32. Defendants' TILA violations include, but are not limited to, the following:

    a. Ignoring plaintiff's low income numbers and urging Plaintiffs into a loan which defendant knew plaintiff could not afford.

    b. Though it adversely affected Plaintiffs' rights in her original loan, LEHMAN BROTHERS BANK, FSB did not disclose those adverse effects at any time before the loan was closed.

33. Defendants' lending to Plaintiffs based on collateral, without regard to repayment ability, was part of a pattern or practice of predatory lending and violates 15 U.S.C. § 1639(h), entitling Plaintiffs to actual and statutory damages under 15 U.S.C. § 1640(a).

34. Defendants' failure to deliver all the material disclosures required by the Truth in Lending Act to Plaintiffs in connection with the transaction violates 15 U.S.C. § 1638, entitling Plaintiffs to actual and statutory damages under 15 U.S.C. § 1640(a) and extends his right to rescind the transaction until up to three years after its consummation.

35. Because Defendants provided false and misleading disclosures, and did not deliver the proper notices as detailed above, Plaintiffs are entitled to have the court order rescission of the loan under the Truth in Lending Act and is further entitled to actual damages, statutory damages, attorney fees and costs, all finance and loan related charges and such other orders enforcing his rescission of the transaction.

36. The false and misleading disclosure by defendants was not explaining to plaintiffs that getting a loan on an application with grossly over-stated income means you are getting a

- 6 -

## COMPLAINT FOR DAMAGES

EXHIBIT 1
16

loan you cannot afford. Such is a classic predatory loan tactic.

37. Plaintiffs are entitled to a temporary restraining order, temporary injunction and permanent injunction declaring that Plaintiffs have the right to rescind the loan, is entitled to possession of the Property due to rescission and that Defendants cannot proceed with any foreclosure action in the event Plaintiff becomes unable to pay the loan payments.

38. Based on LEHMAN BROTHERS BANK, FSB failure to make material disclosures as prescribed by TILA, the entirety of the loan transaction with LEHMAN BROTHERS BANK, FSB should be set aside and rescinded and Plaintiffs awarded compensatory damages in a sum according to proof at trial from and after August 17, 2012.

39. Plaintiffs allege that the conduct of defendants, and each of them, was oppressive, malicious, and fraudulent, and undertaken with complete disregard for plaintiffs' legal and property rights, thus entitling plaintiffs to punitive and exemplary damages according to proof at trial.

### THIRD CAUSE OF ACTION

### Fraud

### Intentional Misrepresentation

40. Plaintiffs incorporate by reference the allegations of the preceding paragraphs as if fully set forth herein.

41. Defendants made representations as to a past or existing material fact; specifically when it represented that the terms of the loan Plaintiffs signed up for matched up well with Plaintiffs' income and what they could afford.

42. That representation was false and defendant knew that;

43. Defendants knew that the representation was false when made or made the representation recklessly without knowing whether it was true or false;

44. Defendants made the representation with intent to defraud the plaintiff and made the representations for the purpose of inducing the Plaintiffs to rely upon it and to act or to refrain from acting in reliance thereon;

– 7 –

### COMPLAINT FOR DAMAGES

EXHIBIT 1
17

45. The Plaintiffs were unaware of the falsity of the representation; acted in reliance upon the truth of the representation and was justified in relying upon the representation.

## Concealment

46. Defendants concealed or suppressed material facts of the subject loan.

47. Defendants intentionally concealed or suppressed facts such as Plaintiff's lower income that would result in a mortgage loan Plaintiffs could not afford.  Defendants concealed this fact the intent to defraud the Plaintiffs.

48. Plaintiffs were unaware of the facts concealed and would not have acted as they did if they had known of the concealed or suppressed facts.

49. At the time they made these representations, Defendants knew they were false, misleading and/or concealed the truth.

50. Plaintiffs reasonably and justifiably relied upon these representations and omissions and was induced into refinancing the Property.

51. As a proximate result of the misrepresentations of Defendants, Plaintiffs have suffered, currently suffers, and will continue to suffer damages in an amount to be proven at trial.

52. Plaintiffs are entitled to an award of punitive or exemplary damages due to the acts, omissions, and fraudulent misrepresentations of Defendants as alleged herein, as the conduct of Defendants was intentional, fraudulent, oppressive and malicious.

## FOURTH CAUSE OF ACTION

## (Breach of the Covenant of Good Faith and Fair Dealing; Against all DEFENDANTS)

53. Plaintiffs reallege and incorporate herein paragraphs 1 through 57 by this reference as if fully set forth and made a part hereof.

54. In every contract, including residential mortgage, the law implies a duty owed by each party to the other to act in good faith, to deal fairly with one another, to not deprive the other party of the benefits of the contract and to take such steps as are necessary and appropriate so that the reasonable expectations of the other party as to the benefits of the contract are fulfilled.

– 8 –

## COMPLAINT FOR DAMAGES

EXHIBIT 1
18

55. Defendants failed to make a good faith attempt to provide Plaintiffs with a fair and reasonable loan based upon their true income, as required by California Law. The failure constituted a breach of the covenant of good faith and fair dealing, proximately causing the plaintiffs to suffer damages in an amount which will be proven at trial.

56. As a proximate result of the aforementioned acts and omissions by Defendant LEHMAN BROTHERS BANK, FSB, Plaintiff has suffered loss of monies in a sum to be proven at the time of trial. It has also become reasonably necessary for Plaintiffs to retain counsel to recover amounts due under the contract.

57. The aforementioned acts were performed by Defendant, LEHMAN BROTHERS BANK, FSB, maliciously, fraudulently and oppressively entitling Plaintiffs to punitive damages in an amount appropriate to punish the Defendants.

### FIFTH CAUSE OF ACTION

#### (Injunctive Relief; Against all DEFENDANTS)

58. Plaintiffs reallege and incorporate herein paragraphs 1 through 60 by this reference as if fully set forth and made a part hereof.

59. US BANCORPs wrongful predatory conduct, including: 1) violating TILA; 2) violating *B&P* § 17200, et seq.; 3) breach of the implied covenant of good faith and fair dealing, will cause great and irreparable injury to Plaintiffs, unless and until it is enjoined and restrained by order of this Court.

60. Plaintiffs will suffer the foreclosure and loss of their residence. Plaintiffs have no adequate remedy at law for the injuries currently being suffered because monetary damages after trial will not be sufficient since Plaintiffs will not be able to recover their residence for many years.

### SIXTH CAUSE OF ACTION

#### (Declaratory Relief; Against all DEFENDANTS)

61. Plaintiffs re-allege and incorporate herein paragraphs 1 through 63 by this reference as if fully set forth and made a part hereof.

– 9 –

**COMPLAINT FOR DAMAGES**

EXHIBIT 1
19

62. An actual controversy exists between Plaintiffs and defendants as to their legal rights and duties under the statutory authority cited herein, and/or the causes of action contained herein.

63. No adequate remedy is available other than that prayed herein by which the rights of the parties hereto may be determined.

64. Plaintiffs desire a judicial determination as to the rights and obligations of the parties under the mortgage agreement and the statutory authority cited herein, and/or the causes of action contained herein.

**PRAYER**

WHEREFORE, Plaintiffs pray for judgment against Defendants as follows:

1.  For rescission of the loan contract entered into between Plaintiffs and Defendants on the subject property;

2.  For a compensatory damage award according to proof;

3.  For punitive damages according to proof;

4.  For reasonable attorneys' fees and costs of suit;

5.  For an injunction enjoining Defendants from any foreclosure actions against Plaintiff's residence;

6.  For punitive and exemplary damages against Defendants in a sum according to proof at trial;

7.  For such other and further relief as the Court deems just and proper.


Dated this 16th day of October, 2015

Andrew M. Weitz
Attorney for Plaintiffs

– 10 –

**COMPLAINT FOR DAMAGES**

EXHIBIT 1
20

# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF ORANGE

# ALTERNATIVE DISPUTE RESOLUTION (ADR)
# INFORMATION PACKAGE

## NOTICE TO PLAINTIFF(S) AND/OR CROSS-COMPLAINANT(S):

**Rule 3.221(c) of the California Rules of Court requires you to serve a copy of the ADR Information Package along with the complaint and/or cross-complaint.**

California Rules of Court – Rule 3.221
Information about Alternative Dispute Resolution (ADR)

(a) Each court shall make available to the plaintiff, at the time of filing of the complaint, an ADR Information Package that includes, at a minimum, all of the following:

(1) General information about the potential advantages and disadvantages of ADR and descriptions of the principal ADR processes.

(2) Information about the ADR programs available in that court, including citations to any applicable local court rules and directions for contacting any court staff responsible for providing parties with assistance regarding ADR.

(3) Information about the availability of local dispute resolution programs funded under the Dispute Resolutions Program Act (DRPA), in counties that are participating in the DRPA. This information may take the form of a list of the applicable programs or directions for contacting the county's DRPA coordinator.

(4) An ADR stipulation form that parties may use to stipulate to the use of an ADR process.

(b) A court may make the ADR Information Package available on its Web site as long as paper copies are also made available in the clerk's office.

(c) The plaintiff must serve a copy of the ADR Information Package on each defendant along with the complaint. Cross-complainants must serve a copy of the ADR Information Package on any new parties to the action along with the cross-complaint.

# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF ORANGE

## ADR Information

**Introduction.**

Most civil disputes are resolved without filing a lawsuit, and most civil lawsuits are resolved without a trial. The courts and others offer a variety of Alternative Dispute Resolution (ADR) processes to help people resolve disputes without a trial. ADR is usually less formal, less expensive, and less time-consuming than a trial. ADR can also give people more opportunity to determine when and how their dispute will be resolved.

**BENEFITS OF ADR.**

Using ADR may have a variety of benefits, depending on the type of ADR process used and the circumstances of the particular case. Some potential benefits of ADR are summarized below.

**Save Time.**  A dispute often can be settled or decided much sooner with ADR; often in a matter of months, even weeks, while bringing a lawsuit to trial can take a year or more.

**Save Money.**  When cases are resolved earlier through ADR, the parties may save some of the money they would have spent on attorney fees, court costs, experts' fees, and other litigation expenses.

**Increase Control Over the Process and the Outcome.**  In ADR, parties typically play a greater role in shaping both the process and its outcome. In most ADR processes, parties have more opportunity to tell their side of the story than they do at trial. Some ADR processes, such as mediation, allow the parties to fashion creative resolutions that are not available in a trial. Other ADR processes, such as arbitration, allow the parties to choose an expert in a particular field to decide the dispute.

**Preserve Relationships.**  ADR can be a less adversarial and hostile way to resolve a dispute. For example, an experienced mediator can help the parties effectively communicate their needs and point of view to the other side. This can be an important advantage where the parties have a relationship to preserve.

**Increase Satisfaction.**  In a trial, there is typically a winner and a loser. The loser is not likely to be happy, and even the winner may not be completely satisfied with the outcome. ADR can help the parties find win-win solutions and achieve their real goals. This, along with all of ADR's other potential advantages, may increase the parties' overall satisfaction with both the dispute resolution process and the outcome.

**Improve Attorney-Client Relationships.**  Attorneys may also benefit from ADR by being seen as problem-solvers rather than combatants. Quick, cost-effective, and satisfying resolutions are likely to produce happier clients and thus generate repeat business from clients and referrals of their friends and associates.

**DISADVANTAGES OF ADR.**

ADR may not be suitable for every dispute.

**Loss of protections.**  If ADR is binding, the parties normally give up most court protections, including a decision by a judge or jury under formal rules of evidence and procedure, and review for legal error by an appellate court.

EXHIBIT 1
22

**Less discovery.**  There generally is less opportunity to find out about the other side's case with ADR than with litigation.   ADR may not be effective if it takes place before the parties have sufficient information to resolve the dispute.

**Additional costs.**  The neutral may charge a fee for his or her services.  If a dispute is not resolved through ADR, the parties may have to put time and money into both ADR and a lawsuit.

**Effect of delays if the dispute is not resolved.**  Lawsuits must be brought within specified periods of time, known as statues of limitation.  Parties must be careful not to let a statute of limitations run out while a dispute is in an ADR process.

## TYPES OF ADR IN CIVIL CASES.

The most commonly used ADR processes are arbitration, mediation, neutral evaluation and settlement conferences.

**Arbitration.**  In arbitration, a neutral person called an "arbitrator" hears arguments and evidence from each side and then decides the outcome of the dispute. Arbitration is less formal than a trial, and the rules of evidence are often relaxed. Arbitration may be either "binding" or "nonbinding." *Binding arbitration* means that the parties waive their right to a trial and agree to accept the arbitrator's decision as final. Generally, there is no right to appeal an arbitrator's decision. *Nonbinding* arbitration means that the parties are free to request a trial if they do not accept the arbitrator's decision.

**Cases for Which Arbitration May Be Appropriate.**  Arbitration is best for cases where the parties want another person to decide the outcome of their dispute for them but would like to avoid the formality, time, and expense of a trial. It may also be appropriate for complex matters where the parties want a decision-maker who has training or experience in the subject matter of the dispute.

**Cases for Which Arbitration May <u>Not</u> Be Appropriate.**  If parties want to retain control over how their dispute is resolved, arbitration, particularly binding arbitration, is not appropriate. In binding arbitration, the parties generally cannot appeal the arbitrator's award, even if it is not supported by the evidence or the law. Even in nonbinding arbitration, if a party requests a trial and does not receive a more favorable result at trial than in arbitration, there may be penalties.

**Mediation.**  In mediation, an impartial person called a "mediator" helps the parties try to reach a mutually acceptable resolution of the dispute. The mediator does not decide the dispute but helps the parties communicate so they can try to settle the dispute themselves. Mediation leaves control of the outcome with the parties.

**Cases for Which Mediation May Be Appropriate.**  Mediation may be particularly useful when parties have a relationship they want to preserve. So when family members, neighbors, or business partners have a dispute, mediation may be the ADR process to use. Mediation is also effective when emotions are getting in the way of resolution. An effective mediator can hear the parties out and help them communicate with each other in an effective and nondestructive manner.

**Cases for Which Mediation May <u>Not</u> Be Appropriate.**  Mediation may not be effective if one of the parties is unwilling to cooperate or compromise. Mediation also may not be effective if one of the parties has a significant advantage in power over the other. Therefore, it may not be a good choice if the parties have a history of abuse or victimization.

**Neutral Evaluation.**  In neutral evaluation, each party gets a chance to present the case to a neutral person called an "evaluator." The evaluator then gives an opinion on the strengths and weaknesses of each party's evidence and arguments and about how the dispute could be resolved. The evaluator is

EXHIBIT 1
23

often an expert in the subject matter of the dispute. Although the evaluator's opinion is not binding, the parties typically use it as a basis for trying to negotiate a resolution of the dispute.

**Cases for Which Neutral Evaluation May Be Appropriate.**   Neutral evaluation may be most appropriate in cases in which there are technical issues that require special expertise to resolve or the only significant issue in the case is the amount of damages.

**Cases for Which Neutral Evaluation May <u>Not</u> Be Appropriate.**   Neutral evaluation may not be appropriate when there are significant personal or emotional barriers to resolving the dispute.

**Settlement Conferences.**   Settlement conferences may be either mandatory or voluntary. In both types of settlement conferences, the parties and their attorneys meet with a judge or a neutral person called a "settlement officer" to discuss possible settlement of their dispute. The judge or settlement officer does not make a decision in the case but assists the parties in evaluating the strengths and weaknesses of the case and in negotiating a settlement. Settlement conferences are appropriate in any case where settlement is an option. Mandatory settlement conferences are often held close to the date a case is set for trial.

**ADDITIONAL INFORMATION.**

In addition to mediation, arbitration, neutral evaluation, and settlement conferences, there are other types of ADR, including conciliation, fact finding, mini-trials, and summary jury trials.  Sometimes parties will try a combination of ADR types.  The important thing is to try to find the type or types of ADR that are most likely to resolve your dispute.

To locate a dispute resolution program or neutral in your community:
- Contact the California Department of Consumer Affairs, Consumer Information Center, toll free, 1-800-852-5210
- Contact the Orange County Bar Association at (949) 440-6700
- Look in the Yellow Pages under "Arbitrators" or "Mediators"

Free mediation services are provided under the Orange County Dispute Resolution Program Act (DRPA) For information regarding DRPA, contact:
- Community Service Programs, Inc. (949) 851-3168
- Orange County Human Relations (714) 834-7198

For information on the Superior Court of California, County of Orange court ordered arbitration program, refer to Local Rule 360.

The Orange County Superior Court offers programs for Civil Mediation and Early Neutral Evaluation (ENE).  For the Civil Mediation program, mediators on the Court's panel have agreed to accept a fee of $300 for up to the first two hours of a mediation session.  For the ENE  program, members of the Court's panel have agreed to accept a fee of $300 for up to three hours of an ENE session.  Additional information on the Orange County Superior Court Civil Mediation and Early Neutral Evaluation (ENE) pilot programs is available on the Court's website at www.occourts.org.

EXHIBIT 1

24

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name & Address)*: | FOR COURT USE ONLY |
|---|---|

Telephone No.:                               Fax No. (Optional):
E-Mail Address (Optional):
ATTORNEY FOR *(Name)*:                               Bar No:

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**
JUSTICE CENTER:
☐ Central - 700 Civic Center Dr. West, Santa Ana, CA 92701-4045
☐ Civil Complex Center - 751 W. Santa Ana Blvd., Santa Ana, CA 92701-4512
☐ Harbor-Laguna Hills Facility – 23141 Moulton Pkwy., Laguna Hills, CA 92653-1251
☐ Harbor – Newport Beach Facility – 4601 Jamboree Rd., Newport Beach, CA 92660-2595
☐ North – 1275 N. Berkeley Ave., P.O. Box 5000, Fullerton, CA 92838-0500
☐ West – 8141 13th Street, Westminster, CA 92683-0500

PLAINTIFF/PETITIONER:

DEFENDANT/RESPONDENT:

| **ALTERNATIVE DISPUTE RESOLUTION (ADR) STIPULATION** | CASE NUMBER: |
|---|---|

Plaintiff(s)/Petitioner(s),_____

_____

and defendant(s)/respondent(s), _____

_____

agree to the following dispute resolution process:

☐  Mediation

☐  Arbitration (must specify code)
          ☐ Under section 1141.11 of the Code of Civil Procedure
          ☐ Under section 1280 of the Code of Civil Procedure

☐  Neutral Case Evaluation

The ADR process must be completed no later than 90 days after the date of this Stipulation or the date the case was referred, whichever is sooner.

☐  I have an *Order on Court Fee Waiver* (FW-003) on file, and the selected ADR Neutral(s) are eligible to provide pro bono services.

☐  The ADR Neutral Selection and Party List is attached to this Stipulation.

We understand that there may be a charge for services provided by neutrals.  We understand that participating in an ADR process does not extend the time periods specified in California Rules of Court rule 3.720 et seq.

Date: _____     _____     _____
                  (SIGNATURE OF PLAINTIFF OR ATTORNEY)     (SIGNATURE OF PLAINTIFF OR ATTORNEY)

Date: _____     _____     _____
                  (SIGNATURE OF DEFENDANT OR ATTORNEY)   (SIGNATURE OF DEFENDANT OR ATTORNEY)

**ALTERNATIVE DISPUTE RESOLUTION (ADR) STIPULATION**

Approved for Optional Use
L1270 (Rev. January 2010)

California Rules of Court, rule 3.221

EXHIBIT 1
25



# SUPERIOR COURT OF CALIFORNIA

### COUNTY OF ORANGE

**Superior Court of California, County of Orange**

700 W. Civic Center Drive
Santa Ana, CA 92702

| | E-Filing Transaction #: | 3342560 |
|---|---|---|

### PAYMENT RECEIPT

| | | | Receipt #: | 11687714 |
|---|---|---|---|---|

| **Clerk ID:** l2johnson | **Transaction No:** 11863530 | **Transaction Date:** 10/19/2015 | **Transaction Time:** 09:19:41 AM |
|---|---|---|---|

| Case Number | Fee Type | Qty | Fee Amount$ | Balance Due | Amount Paid | Remaining Balance |
|---|---|---|---|---|---|---|
| 30-2015-00815377-CU-OR-CJC | 194 - Complaint or other 1st paper | 1 | $435.00 | $435.00 | $435.00 | $0.00 |
| | | | Sales Tax: | | $0.00 | |
| | | | Total: | $435.00 | Total Rem. Bal: | $0.00 |
| | | | E-Filing: | | $435.00 | |
| | | | Total Amount Tendered: | | $435.00 | |
| | | | Change Due: | | $0.00 | |
| | | | Balance: | | $0.00 | |

$45 will be charged for each returned check. www.occourts.org

## ORIGINAL

EXHIBIT 1

26      Page: 1

# SUPERIOR COURT OF CALIFORNIA

## ORANGE

**700 W. Civic Center DRIVE**

**Santa Ana , CA 92702**

**(657) 622-6878**

**www.occourts.org**

## NOTICE OF CASE ASSIGNMENT

Case Number: **30-2015-00815377-CU-OR-CJC**

Your case has been assigned for all purposes to the judicial officer indicated below. A copy of this information must be provided with the complaint or petition, and with any cross-complaint that names a new party to the underlying action.

| ASSIGNED JUDGE | COURT LOCATION | DEPARTMENT/ROOM | PHONE |
|---|---|---|---|
| Hon.<br>   Kirk Nakamura | Central Justice Center | C15 | (657) 622-6878 |
| Hearing: | Date: | Time: | |

| JUDGE | COURT LOCATION | DEPARTMENT/ROOM | PHONE |
|---|---|---|---|
| Hon. | | | |

[ x ]  ADR Information attached.

# SCHEDULING INFORMATION

**Judicial Scheduling Calendar Information**

Individual courtroom information and the items listed below may be found at: www.occourts.org.

Case Information, Court Local Rules, filing fees, forms, Civil Department Calendar Scheduling Chart, Department phone numbers, Complex Civil E-filing, and Road Map to Civil Filings and Hearings.

**Ex Parte Matters**

Rules for Ex Parte Applications can be found in the California Rules of Court, rules 3.1200 through 3.1207 at: www.courtinfo.ca.gov.  Trials that are in progress have priority; therefore, you may be required to wait for your ex parte hearing.

**Noticed Motions**

* The following local Orange County Superior Court rules are listed for your convenience:
  - Rule 307 - Telephonic Appearance Litigants - Call CourtCall, LLC at (310) 914-7884 or (888) 88-COURT.
  - Rule 380 - Fax Filing, Rule 450 - Trial Pre-Conference  (Unlimited Civil)
* All Complex Litigation cases are subject to mandatory Electronic Filing, unless excused by the Court.
* Request to Enter Default and Judgment are strongly encouraged to be filed as a single packet.

**Other Information**

Hearing dates and times can be found on the Civil Department Calendar Scheduling Chart.

All fees and papers must be filed in the Clerk's Office of the Court Location address listed above.

Date:  10/19/2015

Lateasha M Johnson _____ , Deputy Clerk